UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:15-CV-02560-SJO (SK) | Date | October 3, 2016 |
|---|---|---|---|
| Title | Brandon Taray Barnes v. Joe Lizarraga | | |

| Present: The Honorable | Steve Kim |
|---|---|

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 5, 2016, the Court dismissed Petitioner's First Amended Petition for Writ of Habeas Corpus with leave to amend by September 6, 2016.  (ECF No. 18).  As of the date of this order, Petitioner has not filed a Second Amended Petition.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE on or before **October 24, 2016** why this action should not be dismissed for failure to prosecute.  Petitioner may discharge this order by filing a Second Amended Petition on or before **October 24, 2016**.

**Petitioner is advised that the failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.**  Fed. R. Civ. P. 41(b); L.R. 41-1.

If Petitioner no longer wishes to pursue this action, Petitioner may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal," attached.  The Clerk is directed to provide Petitioner with a Notice of Dismissal Form (CV-009).