JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON TARAY BARNES,<br><br>            Petitioner,<br><br>       v.<br><br>JOE LIZARRAGA,<br><br>            Respondent. | CASE NO. 5:15-CV-02560-SJO (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing the Petition for a writ of habeas corpus, **IT IS ADJUDGED** that the action is dismissed.

November 23, 2016

DATED: _____

*S. James Otero*

HON. S. JAMES OTERO
U.S. DISTRICT JUDGE